# In the United States Court of Federal Claims

No. 05-643 C

(E-Filed: August 25, 2005)

JAMESTOWN VILLAGE, A LIMITED PARTNERSHIP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Motion for a Stay of Proceedings, filed electronically on August 11, 2005. For the reasons stated therein, the motion is GRANTED. Proceedings in this matter are STAYED until fourteen (14) days after the conclusion of ADR. If it should at any time appear that ADR is not likely to be of assistance in resolving this matter, the parties, or either of them, shall promptly notify the court.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge